| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TRINITY COUNTY,<br><br>　　　　　Defendant. | No. 2:18-cv-2557 KJM CKD P<br><br><br>ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

　　　　Plaintiff is a California prisoner proceeding pro se with a civil action. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has not paid the filing fee for this action which is $400.[1] Good cause appearing, plaintiff will be given leave to pay the filing fee.

/////
/////
/////
/////
/////

---

[1] Plaintiff is not permitted to proceed in forma pauperis because he has "struck out" pursuant to Title 28 U.S.C. § 1915(g), Bonilla v. Lively, 4:11-cv-3180 CW (N.D. Cal. Oct. 25, 2011), and he does not allege he is under "imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

1

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted 14 days within which to pay the $400 filing fee for this action. Failure to pay the filing fee within 14 days will result in a recommendation that this action be dismissed.

Dated: March 28, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
boni2557.21